**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**PERRY PATTON**                                                                         **PETITIONER**

**VERSUS**                                                        **CIVIL ACTION NO. 3:10-cv-27-HTW-LRA**

**M.D.O.C.**                                                                             **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED, this the 17th day of May, 2010.

                                        s/ HENRY T. WINGATE
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT